**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 321 MAL 2023

             Respondent           :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

             v.                  :

                              :

GERARD GETHERS,             :

                              :

             Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.